United States District Court
Southern District of Texas
**ENTERED**
September 29, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TORRIN WILLIAMS, | § § § | |
| Plaintiff, | § § | |
| v. | § | MISC. ACTION NO. H-23-1525 |
| TUSKER CAPITAL FUND, LLC et al., | § § § | |
| Defendants. | § § § § | |

### ORDER OF DISMISSAL

The plaintiff, Torrin Williams, representing himself, moves to proceed without prepaying the filing fees, under 28 U.S.C. § 1915. (Docket Entry No. 1). For the reasons set out below, the motion is denied and the case is dismissed as frivolous. § 1915(d)(2)(B)(i).

Williams alleges that "[t]he state employees" registered his property deed "in their office without disclosing there is no law that mandates the plaintiff must register his property in their office." (Docket Entry No. 1 at 5). He alleges that this deed registration "allow[ed] the defendants to file the first illegal mortgage lien against his property and extort property taxes." (*Id.*). He also alleges that "[t]he illegal registration" of his property allowed it "to be reclassified for the sole purpose of taxation." (*Id.* at 6). Williams challenges the constitutionality of property taxes generally: "The property taxation system does not fall within constitutional guidelines set forth for all People of our community." (*Id.*).

This action is "based on an indisputably meritless legal theory"—that property taxes are unconstitutional. *Harris v. Hegmann*, 198 F.3d 153, 156 (5th Cir. 1999). The complaint "alleges

2

a violation of a legal interest which clearly does not exist." *Id.* Accordingly, the motion to proceed without prepaying filing fees is denied under § 1915(d)(2)(B)(i), and this action is dismissed.

SIGNED on September 29, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge